THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>                        Plaintiff,<br><br>   v.<br><br>ACI REAL ESTATE SPE 137, LLC.<br><br>                       Defendant. | Case No. 2:25-cv-1793 LK<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Noted for Consideration:<br>December 23, 2025 |

### [PROPOSED] ORDER

THIS MATTER came before the Court on the parties' Stipulation of Dismissal with Prejudice in the above-captioned action. Being fully advised, the Court hereby ORDERS that this action is hereby DISMISSED WITH PREJUDICE, including all of Plaintiff's claims and causes of action, without an award of attorneys' fees or costs to any party.

**IT IS SO ORDERED** this  29th  day of  December , 2025.

_____
Honorable Lauren King
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF
DISMISSAL WITH PREJUDICE– 1
CASE NO. 2:25-CV-1793 LK

**BALLARD SPAHR LLP**
1301 Second Ave., Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
FAX: 206.223.7107

PRESENTED BY:

BALLARD SPAHR LLP


By: /s/ Michael T. Kitson
Michael T. Kitson, WSBA No. 41681
Dana K. Mydland, WSBA No. 56096
1301 Second Ave., Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
Facsimile: 206.223.7107
kitsonm@ballardspahr.com
mydlandd@ballardspahr.com
*Attorneys for Defendant*


WASHINGTON CIVIL & DISABILITY ADVOCATE


By: s/Conrad Reynoldson *(approval via email)*
Conrad Reynoldson, WSBA #48187
Dustine Bowker, WSBA #63263
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Telephone: 206.876.8515
conrad@wacda.com
dustine@wacda.com
*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE – 2
CASE NO. 2:25-CV-1793 LK

**BALLARD SPAHR LLP**
1301 Second Ave., Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
FAX:206.223.7107